# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Sistema Universitario Ana G. Mendez, Incorporado,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. Bank National Association,**<br><br>*Defendant.* | **CIVIL NO. 19-2118 (DRD)** |

## JUDGMENT

Pursuant to the *Joint Stipulation for Voluntary Dismissal with Prejudice* (Dkt. No. 17), the Court hereby **DISMISSES** the instant matter **WITH PREJUDICE**. Each party shall bear their respective costs, expenses, and attorneys' fees as part of said agreement. See Dkt. No. 17, ¶ 2.

**THE INSTANT MATTER IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, on this 26th day of May, 2020.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge